# COVINGTON

BEIJING  BRUSSELS  DUBAI  FRANKFURT  JOHANNESBURG
LONDON  LOS ANGELES  NEW YORK  PALO ALTO
SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

James M. Garland

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5337
jgarland@cov.com

October 29, 2020

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Microsoft Corporation's Appeal of Non-Disclosure Orders*,
20-mc-00349-JSR (20-mj-7329, 20-mj-10620)

Dear Judge Rakoff:

Pursuant to the parties' agreement set forth in the Government's letter to the Court dated October 15, 2020 (ECF Dkt. #2), Microsoft and the Government write jointly to notify the Court of the parties' stipulation of dismissal, without prejudice, of Microsoft's appeals in the above-captioned matter. *See* Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

/s/
James M. Garland
Counsel to Microsoft Corporation

/s/
Kyle A. Wirshba
Assistant United States Attorney

SO ORDERED

/s/ Jed S. Rakoff
USDJ
10-29-20